```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 38019
    GWENDOLYN PASS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-3496


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/16/2005 and was not confirmed.

      The case was converted to chapter 11 without confirmation 12/15/2005.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------

ILLINOIS LENDING CORPORA  UNSECURED         1418.90         .00            .00
LITTON LOAN SERVICING     SECURED NOT I        .00          .00            .00
LITTON LOAN SERVICING     SECURED NOT I        .00          .00            .00
ASSET ACCEPTANCE CORP     UNSECURED          861.63         .00            .00
ASSET ACCEPTANCE CORP     UNSECURED          286.64         .00            .00
ASSET ACCEPTANCE CORP     UNSECURED          861.63         .00            .00
CITIMORTGAGE INC          SECURED NOT I        .00          .00            .00
CITIMORTGAGE INC          SECURED NOT I        .00          .00            .00
HOMECOMINGS FINANCIAL     SECURED NOT I        .00          .00            .00
BLACKBURNE & BROWN MORTG  NOTICE  ONLY    NOT FILED         .00            .00
OPTION ONE MORTGAGE CORP  NOTICE  ONLY    NOT FILED         .00            .00
HOMECOMINGS FINANCIAL NE  NOTICE  ONLY    NOT FILED         .00            .00
LASALLE BANK              NOTICE  ONLY    NOT FILED         .00            .00
601 CONDO ASSN            NOTICE  ONLY    NOT FILED         .00            .00
LAKE TERRACE CONDO ASSOC  NOTICE  ONLY    NOT FILED         .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED         .00            .00
COOK COUNTY TREASURER     PRIORITY        NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED         .00            .00
CITY OF CHICAGO WATER DE  UNSECURED       NOT FILED         .00            .00
COMMONWEALTH EDISON ~     UNSECURED       NOT FILED         .00            .00
AMERICAN EXPRESS          UNSECURED       NOT FILED         .00            .00
DISCOVER CARD             UNSECURED       NOT FILED         .00            .00
SEARS PAYMENT CENTER      UNSECURED       NOT FILED         .00            .00
SOUTH COMMONS PHASE I CO  SECURED NOT I        .00          .00            .00
WILLIS E BROWN            DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00


          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 38019 GWENDOLYN PASS
```

```
SECURED                                                                  .00
UNSECURED                                                                .00
ADMINISTRATIVE                                                           .00
TRUSTEE COMPENSATION                                                     .00
DEBTOR REFUND                                                            .00
                                      ---------------    ---------------
TOTALS                                           .00                 .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 03/24/06                    /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE