UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Name of Presiding Judge, Honorable Susan Pierson Sonderby

Cause No. 05-38019    Date 4/4/2006

Title of Cause: In re Gwendolyn Russ

Brief Statement of Motion: Status of Chapter 11 Report

The rules of this court require counsel to furnish the names of all parties entitled to notice of the entry of an order and the names and addresses of their attorneys. Please do this immediately below (separate lists may be appended).

Names and Addresses of moving counsel:

Willis Brown
120 W. Madison St #825
Chicago, IL 60602

Zane Zielinski
325 N. LaSalle, Suite 625
Chicago, IL 60610

Representing: Gwendolyn Russ | Frances Gale

Names and Addresses of other counsel entitled to notice and names or parties they represent.

It is hereby ordered that:

(1) The Debtor will file a final report for the chapter 11 on or before April 25, 2006.

(2) This matter is set for continued status on May 2, 2006 @ 10:30 in Courtroom 642.

Reserve space below for notations by the Courtroom Deputy

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the court until motion has been called.