# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| **IN RE:** | ) |
| **GWENDOLYN PASS** | ) 05 B 38019 |
|  | ) |

## NOTICE OF FILING

TO: Zane Zelinski
    325 N. LaSalle Suite 625
    Chicago, Illinois

    Please take notice that on May 15, 2006, I filed the attached report with the Clerk of the United States Bankruptcy Court.

_____

WILLIS E. BROWN
120 W. MADISON STREET SUITE 825
CHICAGO, ILLINOIS 60602
(312)372-3026

## PROOF OF SERVICE

    The undersigned hereby certifies that on May 15, 2006, the above Notice and any attached documents were:

        _personally delivered

        _ placed in the U.S. mail at 120 W. Madison Street with first
          Class postage prepaid and directed to the parties at the addresses
          Set forth above.

        _ Fax

        _ Electronic Filing

_____

Case 05-38019    Doc 126    Filed 05/16/06    Entered 05/16/06 05:27:51    Desc Main
              Document      Page 2 of 2