# EXHIBIT B

# EXHIBIT B

### DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition

|  | Amount Realized |
|---|---|
| See Form 1 - Attached | $1,050,394.30 |

Unscheduled Property

| | |
|---|---|
| Post-Petition Interest Deposits | 4,724.77 |
| ACCOUNTS RECEIVABLE (From Rental Properties) | 4,053.00 |
| VOID | 0.00 |
| CERTIFICATE OF DEPOSIT | 2,749.24 |
| VOID | 0.00 |

| | |
|---|---|
| TOTAL RECEIPTS | $1,061,921.31 |
| TOTAL SCHEDULED VALUE OF PROPERTY ORDERED ABANDONED | $0.00 |
| TOTAL SCHEDULED VALUE OF PROPERTY DEEMED ABANDONED[2] | $651,600.00 |
| TOTAL SCHEDULED VALUE PROPERTY | $1,587,600.00 |
| TOTAL EXEMPTIONS | $9,500.00 |

---

[2] Two parcels of real estate, scheduled value of $650,000.00, were foreclosed on before this bankruptcy case converted to Chapter 7.

{ PASS / 001 / 00015813.DOC /}

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 05-38019   SPS   Judge: Susan Pierson Sonderby
Case Name: PASS, GWENDOLYN

For Period Ending: 12/31/08

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 03/14/06 (c)
341(a) Meeting Date: 04/19/06
Claims Bar Date: 08/21/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4,724.77 | Unknown |
| 2. ACCOUNTS RECEIVABLE (From Rental Properties) (u) | Unknown | 100.00 | | 4,053.00 | FA |
| 3. 7545 S. May, Chicago, IL - 3 Flat Building | 180,000.00 | 232,750.00 | | 232,750.00 | FA |
| 4. 8001-03 S. Wood Street, Chicago, IL - 8 Flat Build | 250,000.00 | 343,003.46 | | 343,003.46 | FA |
| 5. 2901 S. Michigan Ave, Chicago, IL - Condo Unit Judicial sale of this property occurred before appointment of Trustee. Trustee sought turnover of $33,640.84 from judicial sale. | 125,000.00 | 23,500.00 | | 33,640.84 | FA |
| 6. 601 E. 32nd Place, Chicago, IL - Condo unit Judicial sale on 3/24/06. No equity in property. Trustee determined that no equity in real estate to benefit creditors of this estate. | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 7337 South Shore Drive, Chicago IL - Condo Unit | 130,000.00 | 91,000.00 | DA | 91,000.00 | FA |
| 8. 1836 W. 87th Street - Commercial Building Judicial sale occurred on this property before appointment of Trustee. Trustee took no further action. | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 9. CASH | 100.00 | 1.00 | DA | 0.00 | FA |
| 10. BANK ACCOUNTS | 1,000.00 | 1,000.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 05-38019 SPS Judge: Susan Pierson Sonderby
Case Name: PASS, GWENDOLYN

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 03/14/06 (c)
341(a) Meeting Date: 04/19/06
Claims Bar Date: 08/21/06

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 11. WEARING APPAREL<br>Debtor claimed exemption of $400.00 - therefore the value of this asset is $100.00 which is DA.<br>Debtor Claimed Exemption | 500.00 | 100.00 | DA | 0.00 | FA |
| 12. FURS AND JEWELRY<br>Debtor claimed exemption of $400 on asset scheduled for $100.00 - therefore asset value is -$300.00 and not property of estate and not DA.<br>Debtor Claimed Exemption | 100.00 | -300.00 | | 0.00 | FA |
| 13. OTHER PERSONAL PROPERTY OF ANY KIND NOT LISTED<br>Debtor claimed exemption - therefore asset is not property of estate and not DA.<br>Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 14. HOUSEHOLD GOODS<br>Debtor claimed an exemption in excess of $300.00 over the petitionerd value. Asset is not property of estate and not DA.<br>Debtor Claimed Exemption | 500.00 | 500.00 | | 0.00 | FA |
| 15. 8201-03 S. Bishop Street - 10 FLAT<br>Husband, Wife - Joint or Community Property. | 250,000.00 | 150,000.00 | | 350,000.00 | FA |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 17. CERTIFICATE OF DEPOSIT (u) | Unknown | Unknown | | 2,749.24 | FA |

Page: 3

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 05-38019  SPS  Judge: Susan Pierson Sonderby
Case Name: PASS, GWENDOLYN

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 03/14/06 (c)
341(a) Meeting Date: 04/19/06
Claims Bar Date: 08/21/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon DA=§554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)  $1,587,600.00  $841,654.46    $1,061,921.31  Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/01/08   Current Projected Date of Final Report (TFR): 12/01/08

/s/ Frances Gecker   Date: 12/11/08

Frances Gecker

LFORM1                                                        Ver: 14.11