UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| PASS, GWENDOLYN ) | | Case No. 05-38019-SPS |
| ) | | |
| Debtor(s). ) | | Hon. Susan Pierson Sonderby |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, IL 60604

   On: **February 3, 2009**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $1,218,955.64 |
   | Disbursements | $1,024,795.67 |
   | Net Cash Available for Distribution | $194,159.97 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| Frances Gecker<br>*Trustee Compensation* | $0.00 | $59,483.07 | $317.81 |
| INTERNAL REVENUE SERVICE<br>*Income Taxes - Internal Revenue Service* | $0.00 | $0.00 | $7,764.80 |
| UNITED STATES TRUSTEE<br>*U.S. Trustee Quarterly* | $0.00 | $750.00 | $0.00 |

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| SOUTH COMMONS PHASE 1<br>*Other Chapter 7 Administrative* | $6,402.16 | $0.00 | $0.00 |
| FRANK/GECKER LLP<br>*Attorney for Trustee* | $89,394.76 | $7,405.00 | $29.08 |
| ALAN D. LASKO & ASSOCIATES<br>*Accountant for Trustee* | $12,212.49 | $0.00 | $0.00 |
| ERIC JANSSEN<br>*Broker's Commission for Trustee* | $20,490.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| n/a | | | |

6. Claims of general unsecured creditors totaling $174,858.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 67.72%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Illinois Lending Corporation | $1,418.90 | $960.85 |
| 000003 | Asset Acceptance LLC | $861.63 | $583.48 |
| 000004 | Asset Acceptance LLC | $286.64 | $194.10 |
| 000012 | Timothy K. Liou, Esq. | $2,887.20 | $1,955.14 |
| 000014 | ComEd | $32,361.57 | $21,914.50 |
| 000015 | Blackburne & Brown Mortgage Fund | $77,532.11 | $52,502.94 |
| 000019 | The 601 Condominium Assoc. | $19,922.42 | $13,491.00 |
| 000021 | SMC c/o HSBC Bank Nevada NA | $471.99 | $319.62 |
| 000022 | Paul L Leeds | $7,073.93 | $4,790.30 |
| 000027 | Peoples Gas Light & Coke Co. | $10,117.90 | $6,851.61 |
| 000029 | City Of Chicago | $908.29 | $615.07 |
| 000032 | City Of Chicago C/O Talan & Ktsanes | $20,933.27 | $14,175.52 |
| 000033 | Hilco Receivables LLC | $82.81 | $56.08 |

7. Claims of secured creditors totaling $760,612.98 have been paid during this bankruptcy case.

Allowed and paid secured claims are as follows:

| Claim Number | Claimant | Amount Paid |
|---|---|---|
| | ABN-Amro Mortgage Group, Inc. | $200,374.89 |
| | Wachovia Bank, N.A. | $90,359.16 |
| 000006 | Citimortgage, Inc. | $14,707.53 |
| 000007 | Homecomings Financial | $112,873.03 |
| 000009 | South Commons Phase 1 Condominium A | $15,018.76 |
| 000018 | Lake Terrace Condominium Assoc | $36,965.44 |
| 000023 | United Credit Union | $6,048.81 |
| 000024 | United Credit Union | $60,492.84 |
| 000028 | ABN-Amro Mortgage Group, Inc. | $193,772.52 |
| 000031 | Charles Whitsett | $27,000.00 |

7A. Debtor's exemption totaling $7,500.00 has been allowed and has been paid as follows:

| Claimant | Amount of Exemption | Proposed Payment |
|---|---|---|
| Gwendolyn Pass | $7,500.00 | $0.00 |

8. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor(s) have been discharged.

{ PASS / 001 / 00015812.DOC /}      3

12.  The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 601 E. 32nd Place, Chicago, IL - Condo unit (Foreclosed property/no surplus funds) | $150,000.00 |
| 1836 W. 87th Street - Commercial Building (Foreclosed prior to conversion to Chapter 7) | $500,000.00 |
| CASH | $100.00 |
| BANK ACCOUNTS | $1,000.00 |
| WEARING APPAREL | $500.00 |

Dated: **December 19, 2008**                          For the Court,

                                        By:   **KENNETH S. GARDNER**
                                              Kenneth S. Gardner
                                              219 S. Dearborn Street, 7th Floor
                                              Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street
Suite 625
Chicago, IL  60654
(312) 276-1401

{ PASS / 001 / 00015812.DOC /}                        4

# SERVICE LIST

**GWENDOLYN PASS**
**05 B 38019**

Frances Gecker
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60610

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL 60603