UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| PASS, GWENDOLYN ) | | Case No. 05-38019-SPS |
| ) | | |
| Debtor(s). ) | | Hon. Susan Pierson Sonderby |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, IL 60604

    On: **February 3, 2009**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                $1,218,955.64

    Disbursements                                                      $1,024,795.67

    Net Cash Available for Distribution                      $194,159.97

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Frances Gecker<br>*Trustee Compensation* | $0.00 | $59,483.07 | $317.81 |
| INTERNAL REVENUE SERVICE<br>*Income Taxes - Internal Revenue Service* | $0.00 | $0.00 | $7,764.80 |
| UNITED STATES TRUSTEE<br>*U.S. Trustee Quarterly* | $0.00 | $750.00 | $0.00 |

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| SOUTH COMMONS PHASE 1<br>*Other Chapter 7 Administrative* | $6,402.16 | $0.00 | $0.00 |
| FRANK/GECKER LLP<br>*Attorney for Trustee* | $89,394.76 | $7,405.00 | $29.08 |
| ALAN D. LASKO & ASSOCIATES<br>*Accountant for Trustee* | $12,212.49 | $0.00 | $0.00 |
| ERIC JANSSEN<br>*Broker's Commission for Trustee* | $20,490.00 | $0.00 | $0.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| n/a | | | |

6.  Claims of general unsecured creditors totaling $174,858.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 67.72%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Illinois Lending Corporation | $1,418.90 | $960.85 |
| 000003 | Asset Acceptance LLC | $861.63 | $583.48 |
| 000004 | Asset Acceptance LLC | $286.64 | $194.10 |
| 000012 | Timothy K. Liou, Esq. | $2,887.20 | $1,955.14 |
| 000014 | ComEd | $32,361.57 | $21,914.50 |
| 000015 | Blackburne & Brown Mortgage Fund | $77,532.11 | $52,502.94 |
| 000019 | The 601 Condominium Assoc. | $19,922.42 | $13,491.00 |
| 000021 | SMC c/o HSBC Bank Nevada NA | $471.99 | $319.62 |
| 000022 | Paul L Leeds | $7,073.93 | $4,790.30 |
| 000027 | Peoples Gas Light & Coke Co. | $10,117.90 | $6,851.61 |
| 000029 | City Of Chicago | $908.29 | $615.07 |
| 000032 | City Of Chicago C/O Talan & Ktsanes | $20,933.27 | $14,175.52 |
| 000033 | Hilco Receivables LLC | $82.81 | $56.08 |

7. Claims of secured creditors totaling $760,612.98 have been paid during this bankruptcy case.

Allowed and paid secured claims are as follows:

| Claim Number | Claimant | Amount Paid |
|---|---|---|
|  | ABN-Amro Mortgage Group, Inc. | $200,374.89 |
|  | Wachovia Bank, N.A. | $90,359.16 |
| 000006 | Citimortgage, Inc. | $14,707.53 |
| 000007 | Homecomings Financial | $112,873.03 |
| 000009 | South Commons Phase 1 Condominium A | $15,018.76 |
| 000018 | Lake Terrace Condominium Assoc | $36,965.44 |
| 000023 | United Credit Union | $6,048.81 |
| 000024 | United Credit Union | $60,492.84 |
| 000028 | ABN-Amro Mortgage Group, Inc. | $193,772.52 |
| 000031 | Charles Whitsett | $27,000.00 |

7A. Debtor's exemption totaling $7,500.00 has been allowed and has been paid as follows:

| Claimant | Amount of Exemption | Proposed Payment |
|---|---|---|
| Gwendolyn Pass | $7,500.00 | $0.00 |

8. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor(s) have been discharged.

{ PASS / 001 / 00015812.DOC /}                 3

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 601 E. 32nd Place, Chicago, IL - Condo unit (Foreclosed property/no surplus funds) | $150,000.00 |
| 1836 W. 87th Street - Commercial Building (Foreclosed prior to conversion to Chapter 7) | $500,000.00 |
| CASH | $100.00 |
| BANK ACCOUNTS | $1,000.00 |
| WEARING APPAREL | $500.00 |

Dated: **December 19, 2008**         For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
219 S. Dearborn Street, 7th Floor
Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street
Suite 625
Chicago, IL  60654
(312) 276-1401

**SERVICE LIST**

**GWENDOLYN PASS
05 B 38019**

Frances Gecker
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60610

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL 60603

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Dec 19, 2008
Case: 05-38019                 Form ID: pdf002              Total Served: 61

The following entities were served by first class mail on Dec 21, 2008.
db          +Gwendolyn Pass,   PO Box 208812,    Chicago, IL 60620-8812
aty         +Willis E Brown,    Willis E Brown Ltd,    120 West Madison,    Suite 825,   Chicago, IL 60602-4381
aty         +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,    Chicago, IL 60654-6465
tr          +Frances Gecker,    325 North LaSalle Street,    Suite 625,   Chicago, IL 60654-6465
10873898    +ABN-Amro Mortgage Group, Inc.,    c/o Edward P. Freud, Esq.,    222 N. LaSalle St.,    Suite 700,
              Chicago, IL 60601-1024
10498056     American Express,    POB 297871,   Chicago, IL
10498034    +Blackburn and Brown,    4811 Chipperdale,    Dr. #101,   Sacramento, CA 95841-2555
10646719    +Blackburne & Brown Mortgage Fund I,    Michael L. Molinaro,    Neal Gerber & Eisenberg LLP,
              2 North LaSalle Street,    Chicago, IL 60602-3882
10429901   ++CITIMORTGAGE,   5280 CORPORATE DRIVE,    BANKRUPTCY DEPARTMENT,    ATTENTION MC0023,    FREDERICK MD,
              21703-8351
             (address filed with court: CitiMortgage, Inc.,    Bankruptcy Department,    1000 Technology Drive,
              Saint Charles, MO 63304)
10758620    +Carson Pirie Scott,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
10924264    +Charles Whitscott,    10909 S King Dr.,   Chicago, IL 60628-4409
10758612    +Circuit City,    6070 North Ave,   Chicago, IL 60639
10876067    +City of Chicago,    c/o Wexler & Wexler, LLC,    500 W Madison Street,    Suite 2910,
              Chicago, IL 60661-4571
10498055     ComEd,   2100 Swift Dr,    Chicago, IL
10758617    +Conseco,   POB 18203,    Clumbus, Ohio 43218
10758619    +Conseco,   4050 E Cotton,    Phoenix, Arizonia  85040-8861
10498052    +Cook County Collector,    County Building,    118 N Clark,   Chicago, IL 60602-1304
10758608    +Crystal Windows,    1300 W 35th Street,   Chicago, IL 60609-1307
10498054    +Dept of Water,    333 S State Street #LL10,    Chicago, IL 60604-3957
10758621    +Evans,   POB 2036,    Warren, Michigan 48090-2036
10758616    +Fifth Third Bank,    346 W Carol Lane,   Elmhurst, IL 60126-1030
11304444     HILCO Receivables LLC,    Assignee of Certegy by eCAST Settlement,    Corporation as its agent,
              POB 35480,   Newark NJ 07193-5480
10758611    +Harlem Furniture,    2525 N Harlem,   Chicago, IL 60707-2057
10758606    +Harris Bank,    Harris Savings and Trust,    POB 94033,   Chicago, IL 60690-4033
10498038     Homecoming Mortgage,    2711 N Haskett Dr,    Dallas, TX
10464616     Homecomings Financial,    POB 939072,   San Diego, CA  92193-9072
10498051   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,   Philadelphia, PA 19114)
10818935   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: INTERNAL REVENUE SERVICE,    P.O. BOX 21126,
              PHILADELPHIA, PA  19114)
9843514     +Illinois Lending Corporaiton,    c/o David J. Axelrod & Associates,    1448 Old Skokie Road,
              Highland Park, IL 60035-3040
10498039    +LaSalle ABN AMRO,    2600 W Big Beaver,   Troy, MI 48084-3323
10498059    +LaSalle ABN AMRO,    2600 W Big Beaver Dr,    Troy, MI 48084-3323
10498040    +LaSalle ABN AMRO,    601 Condo Assn,   601 E 32nd Street,    Chicago, IL 60616-4054
9837954     +LaSalle ABN Mortgage,    8201 Innovation Way,    Chicago, IL 60682-0082
10498041    +Lake Terrace Condo,    Asn,   7337 So. Shore Dr.,    Chicago, IL 60649-3500
10563125    +Lake Terrace Condominium Association,    c/o Kovitz Shifrin Nesbit,
              750 Lake Cook Road, Suite 350,    Buffalo Grove, IL 60089-2088
10498036    +Litton Loan Service,    4828 Loop Central,    Houston, TX 77081-2166
10408231    +Litton Loan Servicing Incorporated,    c/o Pierce & Associates,    1 North Dearborn,    Suite 1300,
              Chicago, Illinois 60602-4331
10758607    +Loan Machine,    1909 W 87th Street,   Chicago, IL 60620-6051
10758623    +MBNA,   c/o Portfolio Recovery Ass,    POB 12914,   Norfolk, VA 23541-0914
10758622    +Marcus Perrest & Boxeman,    19 LaSalle Suite 1500,    Chicago, IL 60603-1413
10758610    +Marshall Field,    POB 9475,   Minnesota, Minn 55440-9475
10758618    +Medical Systems,    725 S. Wells,   Chicago, IL 60607-4521
10498037    +Option One,    3 Ada,   Ivine, CA 92618-2304
10555644    +PEOPLES GAS LIGHT & COKE COMPANY,    130 E. RANDOLPH DRIVE,    CHICAGO, IL 60601-6207
12981114    +PRA Receivables Management LLC as agent of,    Portfolio Recovery Associates LLC,
              c/o 5401264510032556,   POB 41067,   Norfolk VA 23541-1067
10796070    +Paul L Leeds,    100 W Monroe Ste 301,   Chicago, Il 60603-1973
10758613    +Pay Day Loan,    408 N. Wells,   Chicago, IL 60654-2711
10498053    +Peoples Energy,    130 E Randolph,   Chicago, IL 60601-6302
10861681    +Peoples Gas Light & Coke Co.,    130 E Randolph,   Chgo, IL 60601-6207
10861680    +Peoples Gas Light & Coke Co.,    130 E Randolph Drive,    Chgo, IL 60601-6207
10776223    +SMC c/o HSBC Bank Nevada NA - Carson Pirie Scott,    BOX 19249,   SUGARLAND TX 77496-9249
10498058    +Sears Primer,    POB 182149,   Columbus, OH 43218-2149
10758624    +Sheran Acquisition,    c/o Resurgent Capital Services,    POB 10587,   Greenville, SC 29603-0587
10539349    +South Commons Phase 1 Condominium Association,    c/o Matthew Goldberg,    Arnstein & Lehr LLP,
              120 S. Riverside Plaza, Suite 1200,    Chicago, IL 60606-3910
10571929    +The 601 Condominium Association,    c/o Matthew J. Goldberg,    Arnstein & Lehr LLP,
              120 S. Riverside Plaza, Suite 1200,    Chicago, IL 60606-3910
10564497     Timothy K. Liou, Esq.,    Box 4044,   Wheaton,    IL,   60189-4044
10758625    +Unifund CCR Partners,    c/o Portfolio ERecovery Assoc,    POB 12914,   Norfolk, VA 23541-0914
10758614    +United Credit Union Visa,    c/o Donald Newman,    11 S LaSalle Street - Suite 1500,
              Chicago, IL 60603-1224
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2           Date Rcvd: Dec 19, 2008
Case: 05-38019                Form ID: pdf002          Total Served: 61

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Dec 20, 2008.
10413110     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                          Asset Acceptance LLC,
              Assignee/SCA/Evans/Hudson United Bk,    P.O. Box 2036,    Warren MI 48090-2036
10413086     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                          Asset Acceptance LLC,
              Assignee/FNANB,    P.O. Box 2036,    Warren MI 48090-2036
10498057      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 20 2008 01:46:42      Discover Card,
              Greenwood Trust Corp,    POB 6011,    Cover, Delaware
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10858715      Blackburne & Brown Mortgage Fund I
10498035      Citimortgage,   15851 Clayton Rd,   Balliw, MO
11208179      City of Chicago c/o Talan & Ktsanes
10650667      Office of the U.S. Trustee
10758609      Payday Loan
10758615      Peoples Gas,   c/o Harris & Harris,   600 W Jackson
10861679*    +Peoples Gas Light & Coke Co.,   130 E Randolph Dr.,   Chicago, IL 60601-6207
10861677*    +Peoples Gas Light & Coke Co.,   130 E Randolph Drive,   Chicago, IL 60601-6207
                                                                                         TOTALS: 6, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2008**                **Signature:**    *Joseph Speetjens*