## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable    Susan Pierson Sonderby

Hearing Date  2/3/2009

Bankruptcy Case No.  05-38019

Adversary No.

Title of Case  Gwendolyn Pass

Brief Statement of Motion   Trustee's Final Report

Names and Addresses of moving counsel   Zane Zielinski
Frank Gecker LLP
325 N. LaSalle, Suite 625, Chicago, Illinois

Representing   Trustee

## ORDER

(1) Gwendolyn Pass shall have until February 17, 2009 to file any written objections to the fees of Alan Lasko & Associates, and to General unsecured Claims of Blackburne & Brown Mortgage Fund Claim #15 and 601 Condominium Association.

(2) Gwendolyn Pass having waived any and all objections to any other claims except as specified in Paragraph 1.

(3) The Final Hearing on the Trustees Final Report is set for March 3, 2009 at 10:30 a.m, and this hearing shall not be continued.

6/11/99